UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10447-GAO

CHARLES CALDWELL,
Plaintiff,

v.

HERB CHAMBERS OF NATICK, INC., d/b/a MERCEDES BENZ OF NATICK,
Defendant.

ORDER
March 23, 2011

O'TOOLE, D.J.

The previous order referring the defendant's Motion for Summary Judgment (dkt. no. 30) to the magistrate judge for a report and recommendation is VACATED.

The plaintiff's Motion to Supplement Summary Judgment Record (dkt. no. 58) and Motion for Leave to File Response to Defendant's Opposition (dkt. no. 60) are GRANTED.

After review of the parties' submissions, I conclude that the motion for summary judgment ought to be, and hereby is, DENIED. There are genuine issues of material fact, and significantly, of the interpretations and meanings to be given particular facts, that preclude summary judgment disposition. Both claims will stand for trial.

It is SO ORDERED.

s/ George A. O'Toole, Jr.
United States District Judge